**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RAVEENDRA DESHPANDE, | : | CIVIL ACTION NO. 08-6393 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : | |
| TARO PHARMACEUTICALS U.S.A., INC., | : | |
| Defendant. | : | |

**THE COURT** ordering the parties to show cause why the action should not be transferred to the United States District Court for the Southern District of New York under 28 U.S.C. § 1404 (dkt. entry no. 5, Order to Show Cause); and the Court stating the reasons for a transfer of venue (id. at 1-2); and the Court advising that if a party failed to respond to the Order to Show Cause, then that party would be deemed to be in support of a transfer of venue (id. at 3); and the parties failing to respond to the Order to Show Cause; and

**THE COURT** thus intending to (1) grant the Order to Show Cause, and (2) transfer the action to the Southern District of New York; and for good cause appearing, the Court will issue an appropriate Order.

                                              s/ Mary L. Cooper
                                              **MARY L. COOPER**
                                              United States District Judge

Dated: April 1, 2009